Petition for Writ of Mandamus Denied and Memorandum Opinion filed June
18, 2009








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed June 18, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00527-CV

____________

 

IN RE JAMES D. STRACHAN, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On June
12, 2009, relator, James D. Strachan, filed a petition for writ of mandamus in
this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also
Tex. R. App. P. 52.  In the petition, relator asks this court to compel the
Honorable Hugo Touchy, sitting by assignment in the 434th District Court of
Fort Bend County, to vacate his May 29, 2009 order overruling relator=s objection to his assignment to hear
relator=s motion to recuse the Honorable
William R. Burke, Jr. and his May 29, 2009 order denying the motion to recuse. 

Relator
has not established his entitlement to the extraordinary relief of a writ of
mandamus.  Accordingly, we deny relator=s petition for writ of mandamus.  

 

PER CURIAM

Panel consists of Justices Anderson,
Seymore, and Brown.